**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **RALPH RABE, JOHN NANCE, RITA ALLEN, LLOYD STABER, SR., and ROSEMARY ROBERTS,** | ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 05-363-GPM** |
| | ) | |
| **MERCK & CO., INC., WALGREEN CO., d/b/a WALGREENS, EXPRESS SCRIPTS, INC., and AMERICAN DRUG STORES, INC., d/b/a OSCO DRUGS,** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| **and** | | |
| **JOYCE MORGAN, GLORIA KING, CHARLES HESSLING, DOROTHY NEFF, JAMES PATTERSON, and HUGH HOGGINS,** | ) ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 05-378-GPM** |
| | ) | |
| **MERCK & CO., INC., WALGREEN CO., d/b/a WALGREENS, K-MART CORPORATION, K-MART CORPORATION OF ILLINOIS, INC., MEDCO HEALTH SOLUTIONS, INC., and CVS PHARMACY, INC.,** | ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

# <u>ORDER</u>

**MURPHY, Chief District Judge:**

  Pursuant to the mandate of the Court of Appeals, this Court's Order dated October 3, 2005

Page 1 of  2

(Doc. 39 in Cause No. 05-378-GPM; Doc. 50 in Cause No. 05-363-GPM) which awarded fees and costs to Plaintiffs is **VACATED**.

      **IT IS SO ORDERED.**

DATED:  03/16/06

                                      s/ G. Patrick Murphy

                                      G. PATRICK MURPHY
                                      Chief United States District Judge